1  LAW OFFICES OF
   **CHRISTOPHER H. WING**
2  A PROFESSIONAL CORPORATION
   1101 E STREET
3  SACRAMENTO, CA 95814
   441-4888
4  State Bar #063214

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8  | UNITED STATES OF AMERICA | No.   2:-00-cr- 0291-MCE |
9  |                          |                          |
                Plaintiff,      ORDER APPROVING OUT OF COUNTRY
10 |         v.               | TRAVEL BY PROBATIONER    |
11 |                          | JUDGE: HON. MORRISON C. ENGLAND |
12 | BARRY B. ESKANOS         |                          |
                Defendant,
13

14

15
                              **ORDER**
16

17

18      This matter having come on before me on the request of Defendant, now Probationer,

19 BARRY. B. ESAKNOS, and good cause having been shown thereby,

20      IT IS ORDERED THAT:

21      The Probationer, BARRY B. ESKANOS, is permitted to travel as follows:

22 //

23 //

24 //

25 //

26 //

27 //

28
   / / /

                                    1

1    To depart the port of Miami at 5:00 pm on December 17, 2006 on the Freedom of the Seas, Royal Caribbean Cruise line, to return at 7:00 am on December 24, 2006. During the cruise, to will remain on board ship during the stopovers at both George Town, Grand Cayman on December 21, 2006 and Montegro Bay, Jamaica on December 22nd. Further, Probationer will be allowed to leave the ship at Cozumel, Mexico on December 19, 2006 and at Labadee, the Cruse line's Private Island on December 22, 2006.

Dated: December 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

///